OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 20. 2015

8/19/2015

**BAKER, JAMES ESTES III   Tr. Ct. No. 207356-E**

**WR-11,116-10**

On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

R.T.S
NOT Here

JAMES ESTES BAKER III
SOUTH TEXAS ISF - TDC #240439
1511 PRESTON
HOUSTON, TX 77002

U TF

3B 77002